UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ONDRILLEIS JUNE MALLOY,
#53343-056,

    Petitioner,

v.                          CIVIL NO. 2:24cv574

D. LEU, Warden,
Petersburg FCC Federal
Bureau of Prisons,

    Respondent.

## FINAL ORDER

    This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Ondrilleis June Malloy ("Malloy" or "Petitioner"). Malloy's petition seeks recalculation and application of good conduct time allegedly earned on an already completed sentence to his current federal sentence for violating supervised release terms.

    The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. Because Petitioner failed to plausibly allege facts supporting any claim for relief under § 2241, the Report and Recommendation of the Magistrate Judge filed July 15, 2025, recommends Respondent's Motion to Dismiss be granted and Malloy's petition be denied and

dismissed with prejudice. (ECF No. 17). The Report and Recommendation advised parties of their right to object and the time limit for doing so. The court has received no objections to the Report and Recommendation and the time limit for filing objections has now expired.

The court finds that Petitioner failed to plausibly allege facts supporting any claim for relief under § 2241, and therefore adopts and approves the findings and recommendations set forth in the Report of the United States Magistrate Judge filed July 15, 2025. It is, therefore, **ORDERED** that Respondent's Motion to Dismiss (ECF No. 11) is **GRANTED**, and Malloy' petition is **DENIED** and **DISMISSED WITH PREJUDICE.**

**If Petitioner intends to appeal this Final Order, he must within sixty (60) days from the date of this Order file a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Frayer v. Warden, FCI Beckley, No. 23-6054, 2023 WL 3268719, at *1 (4th Cir. May 5, 2023) ("When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order.").**

The Clerk shall mail a copy of this Final Order to Petitioner at his address on file with the court,[1] and provide an electronic copy of the Final Order to counsel of record for Respondent.

**IT IS SO ORDERED.**

/s/ Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

August 22, 2025

---

[1] The Bureau of Prison records reflect that Petitioner was released on March 10, 2025, while his petition was pending, having completed his supervised release violation sentence. See Bureau of Prisons ("BOP"), Find an Inmate, https://www.bop.gov/inmateloc/. Petitioner has never advised this court of his release or new address.